# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DEREK BOROUGH,<br>  Plaintiff(s),<br>v.<br>ROXIE ALLISON IV, et al.,<br>  Defendant(s). | Case No.: 2:18-cv-01828-JAD-NJK<br>**Order**<br>[Docket No. 9] |

Plaintiff filed a notice of Rule 26(f) conference. Docket No. 9. Discovery-related documents should not be filed unless ordered by the Court. *See* Local Rule 26-8; *see also* Fed. R. Civ. P. 5(d)(1). No such order has been entered in this case. Accordingly, the Court **STRIKES** the above referenced document, and instructs the parties to refrain from filing discovery documents on the docket in the future absent a Court order that they do so.

IT IS SO ORDERED.

Dated: September 28, 2018

  _____
Nancy J. Koppe
United States Magistrate Judge