JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.aicklen@lewisbrisbois.com
STEPHEN L. TITZER
Nevada Bar No. 008289
Stephen.titzer@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
TEL: 702.893.3383
FAX: 702.893.3789
Attorneys for Defendants
ROXIE ALLISON IV and
SPECIALIZED RAIL SERVICE, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEREK BOROUGH,<br><br>    Plaintiff,<br><br>vs.<br><br>ROXIE ALLISON IV, Individually; SPECIALIZED RAIL SERVICE, INC., a Domestic Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>    Defendants. | CASE NO.: 2:18-cv-01828-JAD-NJK<br><br>[PROPOSED] STIPULATION AND ORDER FOR AN EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER |

The parties, by and through their counsel of record, hereby stipulate and request that this Court extend the time to file the Joint Pretrial Order an additional thirty (30) days, up to and including August 19, 2019. The parties request that the Court consider that this matter is scheduled for mediation on August 7, 2019.

/ / /

/ / /

/ / /

4818-8929-1933.1

Should this case not settle, the parties request additional time to coordinate the trial date and other deadlines, and notify the parties that reside out of state.

| | |
|---|---|
| Dated this 18th day of July, 2019. | Dated this 18th day of July, 2019. |
| MOSS BERG INJURY LAWYERS | LEWIS BRISBOIS BISGAARD & SMITH |
| By: /s/ Boyd B. Moss III<br>Boyd B. Moss III, Esq.<br>Nevada Bar No. 008856<br>Marcus A. Berg, Esq.<br>Nevada Bar No. 009760<br>4101 Meadows Lane, Suite 110<br>Las Vegas, Nevada 89107<br>Attorneys for Plaintiff<br>DEREK BOROUGH | By: /s/ Josh Cole Aicklen<br>JOSH COLE AICKLEN<br>Nevada Bar No. 007254<br>STEPHEN L. TITZER<br>Nevada Bar No. 008289<br>6385 S. Rainbow Boulevard, Suite 600<br>Las Vegas, Nevada 89118<br>Attorneys for Defendants<br>ROXIE ALLISON IV and<br>SPECIALIZED RAIL SERVICE, INC. |

## ORDER

"IT IS SO ORDERED."

Dated July 19, 2019

_____
United States Magistrate Judge