# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DEREK BOROUGH,

    Plaintiff(s),

v.

ROXIE ALLISON, IV, et al.,

    Defendant(s).

Case No.: 2:18-cv-01828-JAD-NJK

**ORDER**

    The undersigned's chambers received a telephone call from attorney Stephen Titzer asking for guidance on how to seek an extension of a court-ordered deadline. The Court reminds counsel that he is not permitted to call chambers *ex parte*. Local Rule IA 7-2(b).[1] This rule exists for several reasons, including that the attention of chambers staff should not be diverted from their responsibilities to advise attorneys on the basic procedures for practicing law in federal court. *Gfeller v. Doyne Med. Clinic, Inc.*, 2015 U.S. Dist. Lexis 46542, at *4 n.4 (D. Nev. Apr. 8, 2015). Mr. Titzer must refrain from calling chambers in violation of the local rules moving forward. Failure to do so may result in the imposition of sanctions.

    IT IS SO ORDERED.

    Dated: August 15, 2019

                                                Nancy J. Koppe
                                               United States Magistrate Judge

---

[1] Even if opposing counsel were also present on the telephone call, it would still have been improper as requests must be filed in writing on the docket unless unusual circumstances exist that are not present here. *See* Local Rule 7-1(a), Local Rule 7-2(a).

1