# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DEREK BOROUGH,

    Plaintiff(s),

v.

ROXIE ALLISON IV, et al.,

    Defendant(s).

Case No.: 2:18-cv-01828-JAD-NJK

**Order**

    In light of the notice of settlement, Docket No. 27, the deadline to file the joint proposed pretrial order is VACATED. Dismissal papers must be filed by September 16, 2019.

    IT IS SO ORDERED.

    Dated: August 16, 2019

                                            Nancy J. Koppe
                                            United States Magistrate Judge